# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Dalton

        Plaintiff,

v.

IV Media LLC

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-00494-DWF-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or fees to any party.

Date: 4/16/2024

KATE M. FOGARTY, CLERK